

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00100-CV

**GULF VIEW PRIVATE INVESTMENT, INC.** f/k/a Whitesell International, Inc., Neil Whitesell, Vincent Costantino, Adam Arters, Innova Aerospace Service & Support, LLC and Sierra Industries, LLC,
Appellants

v.

**GC SYSTEM, A.S.**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-03330
Honorable Angelica Jimenez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the November 7, 2022, judgment of the trial court is:

- AFFIRMED as to (1) the take nothing judgment in favor of Sierra Industries, LLC ("Sierra") and Innova Aerospace Service & Support, LLC ("Innova") and against GC System, A.S. ("GC System) on GC System's request for an award of mitigation damages; (2) the award of $464,000 for engine damage on GC System's negligence claim against Sierra and Innova; and (3) the award of injunctive relief in GC System's favor and against Sierra and Innova on GC System's Texas Uniform Fraudulent Transfer Act claim;

- MODIFIED, and AFFIRMED AS MODIFIED, so as to (1) reflect that GC System is awarded $1,036,428 in out-of-pocket damages from Innova and Sierra for their breach of contract; and (2) provide that the post-judgment interest rate is 6.25 percent and delete the provision providing "or the prime rate, whichever is higher;"

- REVERSED and RENDERED to reflect a take nothing judgment in favor of Gulf View Private Investment Inc. ("Gulf View"), Neil Whitesell, Vincent Costantino, and Adam Arters on all of the claims asserted by GC System. It is further

REVERSED and RENDERED to reflect a take nothing judgment in Sierra and Innova's favor and against GC System on GC System's (1) claim of negligent misrepresentation; (2) claim of fraud; (3) award of $14,000 for the SkyStep cabin steps, $305,557 for the original avionics, and $584,171 for the Aircraft in relation to its claim for violation of the Texas Theft Liability Act; and (4) award of $186,000 in relation to its claim of negligence; and

- REVERSED and REMANDED for a new trial on (1) GC System's claim for violation of the Texas Theft Liability Act, the only viable damage element being one for removed parts; (2) GC System's claim of negligence, which encompasses the stipulated amount of $464,000 for engine damage and the viable damage element of lost items; and (3) GC System's request for an award of reasonable and necessary attorneys' fees from Sierra and Innova on GC System's claims for violations of the Texas Theft Liability Act and the Texas Uniform Fraudulent Transfer Act.

It is ORDERED that costs are taxed against party incurring same.

SIGNED October 16, 2024.

Rebeca C. Martinez, Chief Justice